**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JAMES WILLIAMSON**                                                          **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO. 1:20-CV-60-DAS**

**NETTLETON SCHOOL DISTRICT
and TIM DICKERSON**                                                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court on the motion for summary judgment by the Nettleton School District and the motion for judgment based on qualified immunity by the defendant Tim Dickerson. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit.

For the reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, the court finds the motion for summary judgment is granted and the action against the defendant Nettleton School District is dismissed with prejudice. The motion of the defendant, Tim Dickerson, is granted and the action against him is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 19th day of August, 2021.

                                                                 **/s/ David A. Sanders**
                                                                  **UNITED STATES MAGISTRATE JUDGE**